ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
Sep 9, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

A MODEL TCL K33 CELLULAR PHONE BEARING TWO STICKERS SEIZED FROM THE PERSON OF JAYDEN THOMAS ON JUNE 25, 2026, CURRENTLY LOCATED AT 650 CAPITOL MALL, SACRAMENTO, CALIFORNIA 95814

CASE NO. 2:26-sw-0822 JDP

SEALING ORDER

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: September 9, 2026

Hon. Jeremy D. Peterson
United States Magistrate Judge