ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
ZACHARY RAY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Sep 29, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>MODEL TCL K33 CELLULAR PHONE BEARING TWO STICKERS SEIZED FROM THE PERSON OF JAYDEN THOMAS ON JUNE 25, 2026, CURRENTLY LOCATED AT 650 CAPITOL MALL, SACRAMENTO, CALIFORNIA 95814 | CASE NO. 2:26-SW-0822 JDP<br><br>~~[PROPOSED]~~ ORDER TO UNSEAL THE CASE AND FILE A REDACTED SEARCH WARRANT AFFIDAVIT |

The United States' motion to partially unseal the case, to leave the original Affidavit sealed, and to file a redacted copy of the Affidavit is GRANTED. The Clerk of the Court is directed to unseal the above referenced case, and to seal the original Affidavit in Support of Criminal Search Warrant. The Clerk of the Court is further directed to file the redacted Affidavit in Support of Criminal Search Warrant on the public docket.

According to the United States, the above-captioned warrant is relevant to two criminal cases. The United States is authorized to share the un-redacted affidavit with the defendant in discovery for those cases.

Dated: September 29, 2026

Chi Soo Kim
HON. CHI SOO KIM
United States Magistrate Judge